IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

RE:    Reassignment of Cases to the Docket of
District Judge Douglas R. Cole

ORDER

The attached cases are hereby reassigned to the docket of the Honorable Douglas R. Cole.

IT IS SO ORDERED.

   4/30/25                                /s/Sarah D. Morrison
DATE                                     Honorable Sarah D. Morrison
                                        Chief Judge United States District Court

| Case Number | Caption |
|---|---|
| 2:23-cv-04119-ALM-KAJ | Evans Delivery Company Inc. v. STG Intermodal Solutions, Inc. f/k/a XPO Intermodal Solutions, Inc. et al |
| 2:24-cv-04079-ALM-CMV | Florence et al v. VineBrook Homes Trust, Inc. et al |
| 2:25-cv-00335-ALM-KAJ | Mason v. Grillo et al |
| 2:25-cv-00378-ALM-KAJ | Monaco v. Perkins et al |
| 2:25-cv-00415-ALM-KAJ | 100% Speedlab, LLC v. Vampire Optical Coatings Incorporated |
| 2:25-cv-00183-ALM-KAJ | Riggins 55 Condominium Association v. Allmerica Financial Benefit Insurance Company |
| 2:25-cv-00048-ALM-KAJ | Boards of Trustees of the Ohio Laborers Benefits v. Rising Son Company, Inc. |
| 2:25-cv-00339-ALM-CMV | Array of Soap, LLC v. Magnolia Soap and Bath Co. FRCH, LLC |
| 2:24-cv-04239-ALM-EPD | Lyon et al v. Winnebago Industries, Inc. et al |
| 2:24-cv-03676-ALM-CMV | Muhammad v. Gap Inc. et al |
| 2:25-cv-00237-ALM-KAJ | Trustees of the Indiana State Council of Roofers Health and Welfare Fund et al v. Fey Roofing and Sheet Metal, LLC |
| 2:23-cv-01148-EAS-CHG | Conant v. Freeman et al |
| 2:23-cv-01399-EAS-EPD | Cobb v. Elford Inc. |
| 2:24-cv-00289-EAS-EPD | Cundiff v. Franklin County, Ohio et al |
| 2:24-cv-03325-EAS-KAJ | Thompson v. Wolfe & Associates, Inc. |
| 2:24-cv-04086-EAS-CMV | Kretschmer v. Aethereal, LLC |
| 2:24-cv-04126-EAS-EPD | Hall v. Commissioner of Social Security |
| 2:24-cv-04184-EAS-PBS | Alford v. Chambers-Smith et al |
| 2:25-cv-00012-EAS-EPD | Andreano v. Comprehensive Healthcare Systems, Inc. et al |
| 2:25-cv-00195-EAS-KAJ | Rountree v. EVU Residential, LLC |
| 2:25-cv-00197-EAS-EPD | Ayal v. USCIS Columbus Field Office Director et al |
| 2:25-cv-00223-EAS-CMV | Underwood v. Blue Leaf Residential Management, LLC et al |
| 2:22-cv-03561-MHW-CMV | Williams v. Bobo et al. |
| 2:24-cv-03771-MHW-MRM | Benson v. Shelby Smith, Warden of Belmont Correctional Institution |
| 2:24-cv-04084-MHW-KAJ | Barksdale et al v. The City of Grove City et al |
| 2:24-cv-04159-MHW-CMV | United Association of Journeyman and Apprentices of the Plumbing and Pipefitting Industry of the United States and Canada, Local 189 v. Sauer Group, LLC |
| 2:24-cv-04226-MHW-CMV | Hanna v. Roehl Transportation, Inc. |
| 2:24-cv-04271-MHW-EPD | Berry v. Rise Brands Inc |
| 2:25-cv-00118-MHW-KAJ | Lloyd v. Free et al |
| 2:25-cv-00147-MHW-KAJ | Davis v. NFI INTERACTIVE LOGISTICS, LLC |
| 2:25-cv-00199-MHW-SKB | Gregory v. Commissioner of Social Security |
| 2:25-cv-00416-MHW-CMV | Golden v. Ohio Valley Physicians, Inc. |
| 2:25-cv-00427-MHW-EPD | MANU v. ABC EMPLOYMENT HOLDINGS, LLC D/B/A MS COMPANIES, LLC et al |